IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff - Appellee,<br>v.<br>KENNETH JOHNSON,<br>　　　Defendant - Appellant. | No. 25-3645<br>No. 1:20-cr-00238-JLT-SKO<br>Eastern District of California |
| UNITED STATES OF AMERICA,<br>　　　Plaintiff - Appellee,<br>v.<br>FRANCIS CLEMENT,<br>　　　Defendant - Appellant. | No. 25-3648<br>No. 1:20-cr-00238-JLT-SKO<br>Eastern District of California |

On Appeal from the United States District Court
For the Eastern District of California
The Honorable Jennifer L. Thurston
D.C. No. 1:20-cr-00238-JLT-SKO

**EXCERPTS OF RECORD**
**INDEX VOLUME**

Ryan J. Villa
The Law Office of Ryan J. Villa
5501 Eagle Rock Ave. NE Suite C2
Albuquerque, NM 87113
Ryan@rjvlawfirm.com

Andrea Lee Luem
Andrea Lee Luem, PHV
400 South Fourth Street, Ste 500
Las Vegas, NV 89101
andrea@luemlaw.com

Counsel for Defendant-Appellant
Kenneth Johnson

Jane Fisher-Byrialsen
Fisher & Byrialsen, PLLC
4600 S. Syracuse Street
Denver, CO 80137
jane@fblaw.org

Jean D. Barrett
Ruhnke & Barrett
47 Park Street
Montclair, NJ 07042
jeanbarrett@ruhnkeandbarrett.com

Counsel for Defendant-Appellant
Francis Clement

<u>Volume 1</u>

Transcript: Sentencing Hearing
May 19, 2025
Docket No. 1955 …………………………………………………….. 2

Judgment in a Criminal Case, Defendant Francis Clement
File May 23, 2025
Docket No. 1915 …………………………………………………… 47

Judgment in a Criminal Case, Defendant Kenneth Johnson
File May 23, 2025
Docket No. 1914 …………………………………………………… 54

Minutes: Sentencing Hearing, Defendant Francis Clement
Filed May 19, 2025
Docket No. 1907 …………………………………………………… 61

Minutes: Sentencing Hearing, Defendant Kenneth Johnson
Filed May 19, 2025
Docket No. 1906 …………………………………………………… 62

Order Denying Motions for Judgment of Acquittal
Filed February 24, 2025
Docket No. 1834 …………………………………………………… 63

Jury Instructions
February 18, 2025
Docket No. 1827 …………………………………………………… 69

Minutes: Jury Trial Day 12
Filed February 5, 2025
Docket No. 1791 ………………………………………………….. 118

Further Order Re Courtroom/Trial Practices; Further Order Re: U.S. v. Mirabal
Filed February 3, 2025
Docket No. 1779 ………………………………………………….. 119

i

Volume 2

Government's Sentencing Memorandum, Defendant Francis Clement
Filed May 14, 2025
Docket No. 1899 ……………………………………………………….. 123

Government's Sentencing Memorandum, Kenneth Johnson
Filed May 14, 2025
Docket No. 1898 ……………………………………………………….. 127

Defendant Francis Clement's Objections to PSR and Memorandum
Filed May 7, 2025
Docket No. 1876 ……………………………………………………….. 130

Defendant Francis Clement's Objections to PSR and Memorandum
File May 6, 2025
Docket No. 1874 ……………………………………………………….. 150

Defendant Kenneth Johnson's Objections to PSR
Filed May 5, 2025
Docket No. 1873 ……………………………………………………….. 173

Verdict Form, Defendant Kenneth Johnson
Filed February 14, 2025
Docket No. 1824 ……………………………………………………….. 175

Verdict Form, Defendant Francis Clement
Filed February 14, 2025
Docket No. 1823 ……………………………………………………….. 178

Court's Record of Trial Exhibits
Filed February 14, 2025
Docket No. 1821 ……………………………………………………….. 182

Minutes: Jury Trial Day 18
Filed February 14, 2025
Docket No. 1816 ……………………………………………………….. 203

Minutes: Jury Trial Day 17
Filed February 13, 2025
Docket No. 1814 …………………………………………………….. 204

Minutes: Jury Trial Day 16
Filed February 12, 2025
Docket No. 1811 …………………………………………………….. 205

Minutes: Jury Trial Day 15
Filed February 11, 2025
Docket No. 1807 …………………………………………………….. 206

Minutes: Jury Trial Day 14
Filed February 7, 2025
Docket No. 1798 …………………………………………………….. 207

Minutes: Jury Trial Day 13
Filed February 6, 2025
Docket No. 1795 …………………………………………………….. 208

Minutes: Jury Trial Day 12
Filed February 5, 2025
Docket No. 1791 …………………………………………………….. 209

Joint Motion to Dismiss or in the Alternative, for a Mistrial Based on Due Process
Violations
Filed February 4, 2025
Docket No. 1785 …………………………………………………….. 210

Minutes: Jury Trial Day 11
Filed February 4, 2025
Docket No. 1784 …………………………………………………….. 218

Minutes: Jury Trial Day 10
Filed January 31, 2025
Docket No. 1776 …………………………………………………….. 219

Minutes: Jury Trial Day 9
Filed January 30, 2025
Docket No. 1765 …………………………………………………….. 220

iii

Minutes: Jury Trial Day 8
Filed January 29, 2025
Docket No. 1762 …………………………………………………….. 221

Minutes: Jury Trial Day 7
Filed January 28, 2025
Docket No. 1758 …………………………………………………….. 222

United States' Opposition to Joint Motion for Reconsideration of Court's Order
Restricting Cross-Examination and Confrontation of Witness
Filed January 28, 2025
Docket No. 1756 …………………………………………………….. 223

Joint Motion for Discovery of Statements Brandon Bannick's Attorneys Made to
the Government
Filed January 26, 2025
Docket No. 1742 …………………………………………………….. 227

Minutes: Jury Trial Day 6
Filed January 24, 2025
Docket No. 1740 …………………………………………………….. 233

Minutes: Jury Trial Day 5
Filed January 23, 2025
Docket No. 1738 …………………………………………………….. 234

Joint Motion for Reconsideration of Court's Order Restricting Cross-Examination
and Confrontation of Witnesses
Filed January 23, 2025
Docket No. 1736 …………………………………………………….. 235

Third Superseding Indictment
Filed June 3, 2024
Docket No. 1098-1 …………………………………………………….. 240

No Seek Notice
Filed February 21, 2024
Docket No. 950 …………………………………………………….. 267

Notice of Appeal, Defendant Kenneth Johnson
Filed June 6, 2025
Docket No. 1938 …………………………………………………………….. 268

Notice of Appeal, Defendant Francis Clement
Filed June 6, 2025
Docket No. 1937 …………………………………………………………….. 270

Volume 3

Docket Sheet …………………………………………………………………… 273

Volume 4

Reporter's Transcript: Trial Day 5 (January 23, 2025)
Docket No. 1751 …………………………………………………………….. 467

Volume 5

Reporter's Transcript: Trial Day 6 (January 24, 2025)
Docket No. 1752 …………………………………………………………….. 644

Volume 6

Reporter's Transcript: Trial Day 7 (January 28, 2025)
Docket No. 1757 …………………………………………………………….. 850

Volume 7

Reporter's Transcript: Trial Day 8 (January 29, 2025)
Docket No. 1763 …………………………………………………………… 1049

Volume 8

Reporter's Transcript: Trial Day 9 (January 30, 2025)
Docket No. 1767 …………………………………………………………… 1256

<u>Volume 9</u>

Reporter's Transcript: Trial Day 10 (January 31, 2025)
Docket No. 1777 ………………………………………………………… 1471

<u>Volume 10</u>

Reporter's Amended Transcript: Trial Day 11 (February 4, 2025)
Docket No. 1810 ………………………………………………………… 1685

<u>Volume 11</u>

Reporter's Transcript: Trial Day 12 (February 5, 2025)
Docket No. 1793 ………………………………………………………… 1894

<u>Volume 12</u>

Reporter's Transcript: Trial Day 13 (February 6, 2025)
Docket No. 1796 ………………………………………………………… 2107

Reporter's Transcript: Trial Day 14 (February 7, 2025)
Docket No. 1799 ………………………………………………………… 2283

<u>Volume 13</u>

Reporter's Transcript: Trial Day 15 (February 11, 2025)
Docket No. 1808 ………………………………………………………… 2397

Reporter's Amended Transcript: Trial Day 16 (February 12, 2025)
Docket No. 1813 ………………………………………………………… 2576

Reporter's Transcript: Trial Day 17 (February 13, 2025)
Docket No. 1815 ………………………………………………………… 2602

Reporter's Transcript: Trial Day 18 (February 14, 2025)
Docket No. 1818 ………………………………………………………… 2627